IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: September 27, 2019　　　　　　　Deputy Clerk: Bernique Abiakam
　　　　　　　　　　　　　　　　　　　　Court Reporter: Tracy Weir

Civil Action No.: 19-cv-00829-JLK

SHARON KING, and　　　　　　　　　　　　　　Timothy P. Fox
PAUL SPOTTS, on behalf of themselves　　　　Julia Campins
and all others similarly situated, et al,

　　　　Plaintiffs,

v.

CITY OF COLORADO SPRINGS,　　　　　　　　Lindsay Moore Rose
　　　　　　　　　　　　　　　　　　　　　　Tracy Miller Lessig

　　　　Defendant.

## COURTROOM MINUTES

**In Court Hearing**

**10:36 a.m.　　Court in session.**

Court calls case.　Appearances of counsel.

Preliminary remarks by the Court.

Comments and rulings by the Court.

**ORDERED:**　Notice of Objection (Filed 8/12/19; Doc. No. 15) is OVERRULED.

**ORDERED:**　Unopposed Motion for An Award Of Reasonable Attorneys' Fees And Costs (Filed 7/10/19; Doc. No. 8) is GRANTED.

**ORDERED:**　Unopposed Motion for Class Representatives' Service Awards (Filed 7/10/19; Doc. No. 9) is GRANTED.

**ORDERED:**　Joint Motion For Order Granting Final Approval Of Class Settlement And Appointment Of Special Master (Filed 9/12/19; Doc. No. 16) is GRANTED.

**10:43 a.m.　　Court in recess.**
Hearing concluded.
Total in-court time: 00:07