# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00829-JLK

SHARON KING AND
PAUL SPOTTS, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), and pursuant to the Order Approving Settlement and Final Judgment of Judge John L. Kane entered on September 30, 2019, ECF No. 18, Final Judgment is hereby entered.

Dated at Denver, Colorado this 1st day of October, 2019.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:   s/  B. Abiakam

                B. Abiakam
                Deputy Clerk